UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ROBERT MARTIN,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 06-1209 <br> ) |
| **XM SATELLITE RADIO HOLDINGS, INC.,** *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

Pursuant to the Court's Order of June 7, 2006, *see In re XM Satellite Radio Holdings Securities Litigation*, Civ. No. 06-0802 (D.D.C. Jun. 7, 2006), it is hereby

**ORDERED** that the above-captioned case is consolidated with Civil Action No. 06-0802; it is

**FURTHER ORDERED** that the above-captioned case shall be administratively closed pending further order of the Court; it is

**FURTHER ORDERED** that the Clerk's Office is directed to transfer plaintiff to Civil Action No. 06-0802; and it is

**FURTHER ORDERED** that all pleadings shall henceforth be filed only in Civil Action No. 06-0802.

**SO ORDERED**.

                                                                                                                                           s/
                                                  ELLEN SEGAL HUVELLE
                                                  United States District Judge

Date: July 5, 2006